No. A–344 (94–892). C. W., BY HER GUARDIAN AD LITEM, MCKINLEY *v.* WASIEK. Super. Ct. Pa. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–1462. IN RE DISBARMENT OF O'KEEFE. A response to the rule to show cause having been filed, it is ordered that the rule to show cause is hereby discharged, and the order heretofore entered October 11, 1994 [*ante,* p. 923], suspending respondent from the practice of law in this Court is vacated.

No. 93–1202. BRUNWASSER *v.* STEINER, 510 U. S. 1195. Motion of petitioner to vacate order of May 2, 1994 [511 U. S. 1067], denied.

No. 93–1841. ADARAND CONSTRUCTORS, INC. *v.* PENA, SECRETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. [Certiorari granted, 512 U. S. 1288.] Motion of L. S. Lee, Inc., et al. for leave to file a brief as *amici curiae* out of time granted.

No. 93–1935. CURTISS-WRIGHT CORP. *v.* SCHOONEJONGEN ET AL. C. A. 3d Cir. [Certiorari granted, 512 U. S. 1288.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 93–7927. KYLES *v.* WHITLEY, WARDEN. C. A. 5th Cir. [Certiorari granted, 511 U. S. 1051.] Motion of petitioner for leave to file a supplemental brief after argument granted.

No. 94–3. REYNOLDSVILLE CASKET CO. ET AL. *v.* HYDE. Sup. Ct. Ohio. [Certiorari granted, *ante,* p. 921.] Motion of Dalkon Shield Claimants Trust for leave to file a brief as *amicus curiae* granted.

No. 94–18. MASTROBUONO ET AL. *v.* SHEARSON LEHMAN HUTTON, INC., ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 921.] Motions of American Association of Limited Partners and Public Investors Arbitration Bar Association for leave to file briefs as *amici curiae* granted.